

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00194-CV

| | | |
|---|---|---|
| Jerry Hudgeons, Individually and in his capacity as Stockholders' Representative for the Former Stockholders of Total Electrical Service & Supply Co. | § § § § | From the 236th District Court of Tarrant County (236-261088-12) September 24, 2015 |
| v. | § | Opinion by Justice Walker |
| Darrell Hallmark | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jerry Hudgeons shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker